UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

In re                                                             :

   MANHATTAN INVESTMENT FUND LTD.,      :     00-10922 (BRL)
   et al.,                                                     00-10921 (BRL)
              Debtors.                           :
                                          Jointly Administered
------------------------------------------------------------------x

HELEN GREDD, Chapter 11 Trustee for                  :
   MANHATTAN INVESTMENT FUND LTD.,            Adv. Pro. No. 01-02606
                                   :

                Plaintiff,
                                   :     Civ. Action No. _____

        -v.-

                                     :

BEAR, STEARNS SECURITIES CORP.,                     :

               Defendant.
------------------------------------------------------------------x

## RULE 7.1 DISCLOSURE STATEMENT

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel states that Bear, Stearns Securities Corp. (a private non-governmental party) is a wholly owned subsidiary of Bear, Stearns & Co. Inc., which is a wholly owned subsidiary of The Bear Stearns Companies Inc., a publicly traded company. More than 10% of the stock of The Bear Stearns Companies Inc. is owned by JPMorgan Chase & Co., also a publicly traded company. In addition, JPMorgan Chase & Co. has entered into an agreement to acquire the remainder of The Bear Stearns Companies Inc. That transaction (which is subject to certain conditions) has not yet

closed. No other publicly owned company owns 10% or more of The Bear Stearns Companies Inc.'s stock.

Dated: New York, New York
April 9, 2008

By: _____
Harry S. Davis
919 Third Avenue
New York, New York 10022
(212) 756-2000
(212) 593-5955 (fax)
harry.davis@srz.com

*Attorneys for Defendant Bear, Stearns Securities Corp.*