UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

HELEN GREDD, Chapter 11 Trustee for
MANHATTAN INVESTMENT FUND LTD.,

                                Plaintiff,        **AMENDED ORDER**

            - v -                             08 Civ. 3481 (NRB)

BEAR, STEARNS SECURITIES CORP.,

                                Defendant.

------------------------------------X

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** the above docket number was opened by the filing of a motion to withdraw the reference in this matter from the Bankruptcy Court; and

    **WHEREAS** this case has been proceeding under the docket number 07 Civ. 2511 even following the opening of the new docket number as there was some confusion about the proper assignment of the case; and

    **WHEREAS** this Court previously entered an order on this topic but incorrectly referred to the previously used docket number as 07 Civ. 2551 instead of 07 Civ. 2511; it is hereby

    **ORDERED** the previous order referring to the docket number 07 Civ. 2551 be disregarded; and it is further

**ORDERED** that the motion to withdraw the reference is **GRANTED**; and it is further

**ORDERED** that all further documents in this matter are to be filed under the docket number 07 Civ. 2511 and the clerk of the Court is directed to close the case under the docket number 08 Civ. 3481.

Dated:   New York, New York
         June 27, 2008

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

A copy of the foregoing Order has been mailed on this date to the following:

**Attorney for Plaintiff**
Daniel Gitner, Esq.
Lankler, Siffert & Wohl, L.L.P.
500 Fifth Avenue
New York, NY 10110

**Attorney for Defendant**
Harry S. Davis, Esq.
Schulte, Roth & Zabel, L.L.P.
919 Third Avenue
New York, NY  10022